## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x

In re:                                          :   Chapter 11
                                                :
A123 SYSTEMS, INC., et al.,                     :   Case No. 12-12859 (KJC)
                                                :
                    Debtors.[1]                 :   Jointly Administered
                                                :
                                                :   **Re: Docket No. 121**
---------------------------------------------------------- x

## ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 362 EXTENDING THE AUTOMATIC STAY TO DERIVATIVE ACTIONS AGAINST NON-DEBTOR DEFENDANTS

Upon the motion (the "**Motion**")[2] of the Debtors for an order extending the

Automatic Stay to stay certain litigation against the Third Party Defendants; and the Court

having reviewed the Motion; and the Court having determined that the relief requested in the

Motion is in the best interests of the Debtors, their estates, their creditors and other parties in

interest; and it appearing that proper and adequate notice of the Motion has been given and that

no other or further notice is necessary; and upon the record herein; and after due deliberation

thereon; and good and sufficient cause appearing therefore, it is hereby

### ORDERED, ADJUDGED AND DECREED THAT:

1.      The Motion is GRANTED as set forth herein.

2.      The protection afforded by the Automatic Stay provided in Bankruptcy Code

Section 362 is hereby extended to the Third Party Defendants with regard to the Derivative

Actions.  The Derivative Actions, as well as any discovery in connection therewith, are hereby

---

[1]      The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: A123 Systems, Inc. (3876); A123 Securities Corporation (5388); and Grid Storage Holdings LLC (N/A).  The above-captioned Debtors' mailing address is c/o A123 Systems, Inc., 200 West Street, Waltham, Massachusetts 02451.

[2]      Capitalized terms not otherwise defined herein shall have the meanings ascribed to such terms in the Motion.

stayed until such time as the Automatic Stay is lifted.  Nothing contained herein shall limit the

right of any party to seek to have the Automatic Stay lifted at any time.

3.      Notwithstanding the possible application of Bankruptcy Rules 6004(h), 7062,

9014 or otherwise, this order shall be effective and enforceable immediately upon entry hereof.

4.      The Debtors are hereby authorized to take such actions and to execute such

documents as may be necessary to implement the relief granted by this order.

5.      This Court shall retain jurisdiction with respect to all matters arising from or

related to the implementation and/or interpretation of this order.

Dated:  _____, 2012
        Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE