UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JANE AHMED, Derivatively on behalf of A123 Systems, Inc.,<br><br>　　　　　　　　　　　Plaintiff,<br>　-against-<br><br>DAVID P. VIEAU, DAVID PRYSTASH, JOHN GRANARA, DESH DESHPANDE, ARTHUR L. GOLDSTEIN, GARY E. HAROIAN, DR. PAUL E. JACOBS, MARK M. LITTLE PH. D., JEFF MCCARTHY, and DR. BART RILEY,<br><br>　　　　　　　　　　　Defendants.<br><br>　and<br><br>　A123 SYSTEMS, INC.,<br><br>　　　　　　　　　　　Nominal Defendant. | Civil Action No. 1:12-cv-10865-DFS |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

　　　　　　　　　　　　　　　　　　　　　　　James E. Brandt (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　Jeff G. Hammel (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　Elizabeth R. Marks (*pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　　　LATHAM & WATKINS LLP
　　　　　　　　　　　　　　　　　　　　　　　885 Third Avenue
　　　　　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　　　　　(212) 906-1200

　　　　　　　　　　　　　　　　　　　　　　　Matthew N. Kane (BBO #636801)
　　　　　　　　　　　　　　　　　　　　　　　DONNELLY, CONROY & GELHAR LLP
　　　　　　　　　　　　　　　　　　　　　　　One Beacon Street, 33rd Floor
　　　　　　　　　　　　　　　　　　　　　　　Boston, Massachusetts 02108
　　　　　　　　　　　　　　　　　　　　　　　(973) 639-1234

　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Nominal Defendant*
　　　　　　　　　　　　　　　　　　　　　　　*A123 Systems, Inc., and Defendants David*
　　　　　　　　　　　　　　　　　　　　　　　*Prystash and John Granara*

June 28, 2013

WHEREAS on October 16, 2012, nominal defendant A123 Systems, Inc. ("A123") and certain related entities ("Debtors") filed voluntary petitions for bankruptcy protection in the United States Bankruptcy Court for the District of Delaware.

WHEREAS on January 14, 2013, this Court entered an Order pursuant to 11 U.S.C. §§ 105(a) and 362 extending the automatic stay provided in § 362 to the non-debtor defendants in this action.

WHEREAS under 11 U.S.C. § 541, upon the filing of a bankruptcy petition, any claims for injury to a debtor from actionable wrongs committed by the debtor's officers and director become property of the estate.

WHEREAS on February 6, 2013, the Debtors submitted a plan of reorganization pursuant to 11 U.S.C. § 1129 that included the dismissal of this action with prejudice pursuant to 11 U.S.C. § 541.  Under Section 7.10 of the plan of reorganization, "the Liquidation Trustee is directed to take all necessary actions to resolve and otherwise obtain the dismissal of the Derivative Actions."

WHEREAS the plaintiffs in this action did not object to the Debtor's plan of reorganization.

WHEREAS on May 20, 2013, a confirmation hearing was held in the United States Bankruptcy Court for the District of Delaware and the Court approved and confirmed the Debtor's plan of reorganization.

WHEREAS plaintiffs do not contest this Notice of Dismissal with Prejudice.

THEREFORE, PLEASE TAKE NOTICE that pursuant to 11 U.S.C. § 541 and the Debtor's plan of reorganization, all causes of action in the complaint against the defendants

1

in this action are hereby voluntarily dismissed with prejudice without fees or costs to any party, and with each party waiving all rights to appeal.

Dated: New York, New York
    June 28, 2013

By  /s/ Jeff G. Hammel

James E. Brandt (*pro hac vice*)
Jeff G. Hammel (*pro hac vice*)
Elizabeth R. Marks (*pro hac vice*)
LATHAM & WATKINS LLP
885 Third Avenue
New York, New York 10022
(212) 906-1200
james.brandt@lw.com
jeff.hammel@lw.com
betsy.marks@lw.com

Matthew N. Kane (BBO #636801)
DONNELLY, CONROY & GELHAR LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
(973) 639-1234
mnk@dcglaw.com

*Attorneys for Nominal Defendant A123 Systems, Inc., and Defendants David Prystash and John Granara*


By  /s/  Christopher A. Lisy

Thomas J. Dougherty (BBO #132300)
Christopher A. Lisy (BBO #662283)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Beacon Street
Boston, MA 02108
(617) 573-4800
dougherty@skadden.com
christopher.lisy@skadden.com

*Attorneys for Defendants Arthur Goldstein, Dr. Bart Riley, David Vieau, Desh Deshpande, Gary Haroian, Jeff McCarthy, Mark Little, Paul Jacobs*

2

By  /s/    David Pastor

David Pastor  (BBO #391000)
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue
3rd Floor
Boston, MA 02110
(617) 742-9700
dpastor@pastorlawoffice.com

Patrick Powers
Peyton Healey
POWERS TAYLOR, LLP
Campbell Centre II
8150 North Central Expy
Suite 1575
Dallas, TX 75206
(214) 239-8900
Patrick@powerstaylor.com
peyton@powerstaylor.com

*Attorneys for Plaintiff Jane Ahmed*

## **CERTIFICATE OF SERVICE**

        I, Jeff G. Hammel, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on June 28, 2013.

Dated:  June 28, 2013

                                    /s/ Jeff G. Hammel
                                        Jeff G. Hammel